IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | Cosey, Jacques D | Case Number: 06 B 13531 |
| | Cosey, Sharyon A | Judge: Wedoff, Eugene R |
| | Printed: 5/6/08 | Filed: 10/20/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: December 20, 2007
Confirmed: December 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,927.92 | |
| Secured: | | 6,126.91 |
| Unsecured: | | 2,202.21 |
| Priority: | | 0.00 |
| Administrative: | | 136.50 |
| Trustee Fee: | | 462.30 |
| Other Funds: | | 0.00 |
| Totals: | 8,927.92 | 8,927.92 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 136.50 | 136.50 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Aurora Loan Service | Secured | 0.00 | 0.00 |
| 4. | Citi Residential Lending Inc | Secured | 25,521.81 | 2,400.83 |
| 5. | Aurora Loan Service | Secured | 39,609.94 | 3,726.08 |
| 6. | ECast Settlement Corp | Unsecured | 1,160.99 | 1,160.99 |
| 7. | Capital One | Unsecured | 497.56 | 497.56 |
| 8. | Capital One | Unsecured | 543.66 | 543.66 |
| 9. | Household Credit Services | Secured | | No Claim Filed |
| 10. | Citibank | Unsecured | | No Claim Filed |
| 11. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | $ 67,470.46 | $ 8,465.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 158.39 |
| 5.4% | 303.91 |
| | $ 462.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cosey, Jacques D
Cosey, Sharyon A
Printed: 5/6/08

Case Number: 06 B 13531
Judge: Wedoff, Eugene R
Filed: 10/20/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

